CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (510) 970-4811
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| BETTY RODRIGUEZ,<br><br>     Plaintiff,<br><br>     v.<br><br>ANDREW SAUL,<br>Commissioner of Social Security,<br><br>     Defendant. | Case No.: 2:20-cv-02309-CLB<br><br>**STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO ENTRY OF JUDGMENT FOR PLAINTIFF** |

IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, and with the approval of the Court, that this action be remanded for further administrative action pursuant to the Social Security Act § 205(g), as amended, 42 U.S.C. § 405(g), sentence four.

On remand, the Appeals Council will remand the case to an administrative law judge (ALJ) for a new decision.  The ALJ will be instructed to: adjudicate the previously unadjudicated period of April 26, 2016 (the filing date of Plaintiff's SSI application) through April 9, 2017 (the day before Plaintiff was found disabled on her SSI claim); re-evaluate medical opinion evidence, including Dr. Owen's

1  opinion; re-evaluate whether Plaintiff had severe impairments prior to April 10, 2017; re-evaluate

2  Plaintiff's substance abuse disorder and (if necessary) evaluate it in accordance with SSR 13-2p; offer

3  Plaintiff the opportunity for a hearing, take further action to complete the administrative record

4  resolving the above issues, and issue a new decision.

5      The parties further request that the Clerk of the Court be directed to enter a final judgment in

6  favor of Plaintiff, and against Defendant, reversing the final decision of the Commissioner.

7

8  Dated: November 5, 2021          Respectfully submitted,

9                CHERMOL & FISHMAN, LLC

10                */s/ Ashish A. Agrawal*
              ASHISH A. AGRAWAL

11                (*as authorized via email on November 4, 2021)
              Attorney for Plaintiff

12

13  Dated: November 5, 2021          Respectfully submitted,

14

15                CHRISTOPHER CHIOU
              Acting United States Attorney

16                */s/ Allison J. Cheung*
              ALLISON J. CHEUNG

17                Special Assistant United States Attorney
              Attorneys for Defendant

18

19

20                IT IS SO ORDERED:

21

22                HON. CARLA BALDWIN
              UNITED STATES MAGISTRATE JUDGE

23

24                DATED:   November 5, 2021

25

26                2

1

**CERTIFICATE OF SERVICE**

2
3

      I, the undersigned, am a citizen of the United States and am at least eighteen years of age.  My business address is 160 Spear Street, Suite 800, San Francisco, California 94105.  I am not a party to

4
5

the above-entitled action.  On the date set forth below, I caused service of **STIPULATION TO VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g) AND TO**

6
7

**ENTRY OF JUDGMENT FOR PLAINTIFF** on the following parties by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which provides electronic notice

8

of the filing:

9
10

Ashish A. Agrawal
ashish@ssihelp.us
Attorney for Plaintiff

11
12

Hal Taylor
haltaylorlawyer@gbis.com
Attorney for Plaintiff

13
14

I declare under penalty of perjury that the foregoing is true and correct.

15

Dated:  November 5, 2021

16
17

                                 */s/ Allison J. Cheung*
                                 ALLISON J. CHEUNG
                                 Special Assistant United States Attorney

18

19

20

21

22

23

24

25

26